## First Department, August, 1977

### (August 25, 1977)

■ In the Matter of THOMAS VENTURINI, Respondent, v ALICE SACHS et al., Constituting the Board of Elections of the City of New York, Respondents, BERNARD A. RITTERSPORN, JR., et al., Appellants, and LANCASTER M. GREENE et al., Respondents.—Judgment, Supreme Court, New York County, entered on August 23, 1977 unanimously affirmed for the reasons stated by Rubin J., without costs and without disbursements. Concur—Kupferman, J. P., Silverman, Evans, Lane and Markewich, JJ.

■ In the Matter of HORTENSE GOODMAN, Appellant, v ALICE SACHS et al., Constituting the Board of Elections of the City of New York, Respondents, LLOYD R. TARGER et al., Respondents, and LANCASTER M. GREENE et al., Respondents.—Judgment, Supreme Court, New York County, entered on August 23, 1977, so far as appealed from, unanimously affirmed for the reasons stated by Rubin, J., without costs and without disbursements. Concur—Kupferman, J. P., Silverman, Evans, Lane and Markewich, JJ.

■ In the Matter of BARRY SALMAN et al., Appellants, v BOARD OF ELECTIONS, Respondents, and JOHN C. KLOTZ et al., Respondents. JOHN KLOTZ, Petitioner, v BOARD OF ELECTIONS et al., Respondents, and BARRY SALMAN, Respondent.—Judgment, Supreme Court, Bronx County, entered on August 23, 1977, unanimously affirmed, without costs and without disbursements, for the reasons stated by McCooe, J. Concur—Kupferman, J. P., Silverman, Evans, Lane and Markewich, JJ.

■ In the Matter of SALVADOR CARTAGENA et al., Appellants, v JOSEPH J. PREVITE et al., Constituting the Board of Elections of the City of New York, Respondents, and NORMAN SAPIRMAN, Respondent.—Judgment, Supreme Court, Bronx County, entered on August 23, 1977, unanimously affirmed for the reasons stated by McCooe, J., without costs and without disbursements. Concur—Kupferman, J. P., Silverman, Evans, Lane and Markewich, JJ.

■ In the Matter of RAMON S. VELEZ, Respondent-Appellant, v JOSEPH PREVITE et al., Constituting the Board of Elections of the City of New York, Respondent, and GILBERTO G. VALENTIN, Appellant-Respondent.—Judgment, Supreme Court, Bronx County, entered on August 23, 1977, unanimously affirmed, without costs and without disbursements, for the reasons stated by McCooe, J. Concur—Kupferman, J. P., Silverman, Evans, Lane and Markewich, JJ.